IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MATTHEW JONES, | § | |
| | § | No. 378, 2017 |
| Plaintiff Below- | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below: Superior Court |
| | § | of the State of Delaware |
| CHRISTIANA HOSPITAL, | § | |
| | § | C.A. No. N17C-08-273 |
| Defendant Below- | § | |
| Appellee. | § | |

Submitted: January 26, 2018
Decided: March 16, 2018

Before **STRINE**, Chief Justice, **SEITZ** and **TRAYNOR**, Justices.

# **O R D E R**

This 16th day of March 2018, after careful consideration of the parties' briefs and the record on appeal, we conclude that the judgment below should be affirmed on the basis of, and for the reasons set forth in, the Superior Court's well-reasoned decision dated August 28, 2017.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice